Nos. 6,125 and 6,126.—STATE EX REL. RANKIN, ATTORNEY GENERAL, RESPONDENT, *v.* CHRISTIAN YEGEN, APPELLANT.

*Appeals from District Court, Yellowstone and Silver Bow Counties.*

Decided: May 6, 1927.

PER CURIAM.—It appearing to the court that the decision in cause numbered 6,091, *State ex rel. Rankin* v. *Christian Yegen,* rendered on April 21, 1927 (79 Mont. 184, 255 Pac. 744), has disposed of the merits of these causes, at the suggestion of counsel for appellants it is ordered that the appeals in said two causes be dismissed.

*Messrs. Wood & Cooke,* for Appellant.

*L. A. Foot,* Attorney General, for Respondent.

No. 6,164.—DAN GEORGE, APPELLANT, *v.* H. E. BRYAM ET AL., RESPONDENTS.

*Appeal from Silver Bow County.*

Decided: May 25, 1927.

PER CURIAM.—Pursuant to stipulation of counsel the appeal in the above-entitled cause is ordered dismissed.

*Messrs. Maury & Brown,* for Appellant.

*Messrs. Murphy & Whitlock,* for Respondents.